O

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RAMONE ANDERSON,

               Petitioner,

    v.

FELIPE MARTINEZ,

               Respondent.

Case No. 5:21-cv-00845-JGB-MAA

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  November 4, 2021

_____

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE